Order entered June 12, 2013



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-00333-CR

**ROBERT GLYNN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-88186-2011

## ORDER

The Court **DENIES** as moot appellant's May 9, 2013 motion seeking an extension until June 3, 2013 to file his brief. Appellant did not tender his brief by June 3, 2013.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/    DAVID EVANS
JUSTICE